IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

|  |  |  |
|---|---|---|
| JESSICA URIBE, ET AL., | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: GJH-14-0022 |
| AARON'S, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the corresponding Memorandum Opinion, it is this 5th day of November, 2014, by the United States District Court for the District of Maryland, hereby **ORDERED** that;

1. Defendant's Motion for Sanctions, ECF No. 34, is **GRANTED**, **in part**, and **DENIED**, **in part**.

2. Plaintiffs are hereby directed to pay sanctions to Defendant in the amount of $684.64, pursuant to Fed.R.Civ.P. 37(d), within fourteen (14) days of the entry of this Order.

Dated: November 5, 2014 /S/
George Jarrod Hazel
United States District Judge