**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

|  |  |
|---|---|
| JESSICA URIBE, ET AL., | * |
| Plaintiffs, | * |
| v. | Case No.: GJH-14-0022 |
| AARON'S, INC. | * |
| Defendant. | * |

* * * * * * * * * * * * *

**ORDER TO SHOW CAUSE**

On or around November 25, 2013, Plaintiffs Jessica Uribe and Ann Uribe (collectively, "Plaintiffs") filed a lawsuit in the Circuit Court for Charles County, Maryland against several Aaron's Inc. ("Defendant"). *See* ECF No. 2. On January 6, 2014, that case was removed to this Court. *See* ECF No. 1. On October 30, 2014, Defendant filed a motion for summary judgment. *See* ECF No. 38. Plaintiffs' opposition to that motion was due on November 13, 2014. *See* Loc. R. 8(b) (Md.). Plaintiffs, however, have not filed an opposition to Defendant's motion. The Court therefore **ORDERS** Plaintiffs to **SHOW CAUSE**, by no later than December 23, 2014, why the Court should not dismiss Plaintiffs' complaint for the reasons stated in Defendant's motion for summary judgment. When responding the Court's Order to Show Cause, Plaintiffs must include their opposition to Defendant's motion for summary judgment. Failure to respond to this Order to Show Cause may result in the immediate dismissal of this lawsuit.

Dated: December 18, 2014                      /S/
                                                                               George Jarrod Hazel
                                                                                United States District Judge